Steven J. Siebig, Esq. (SBN 200875)
William A. Vallejos, Esq. (SBN 140110)
Law Offices of William A. Vallejos
6454 Van Nuys Blvd., Suite 150
Van Nuys, CA 91401
818-285-0383 office
818-756-2033 facsimile

Attorneys for Plaintiffs REYNALDO MARQUES
and ANNE MARQUES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

(Southern Division – Santa Ana)

| | |
|---|---|
| REYNALDO MARQUES; and ANNE MARQUES<br>　　　　Plaintiffs,<br>v.<br><br>MORTGAGEIT, INC.; CHICAGO TITLE COMPANY; HSBC BANK USA, N.A.; GMAC MORTGAGE, LLC; ETS SERVICES, LLC; and DOES 1-250, inclusive,<br><br>　　　　Defendants | Case No.: SACV 09-1154 AG (MLGx)<br><br>**EXHIBITS**<br><br>Date:　April 12, 2010<br>Time:　10:00 a.m.<br>Ctrm.:　10D<br>Judge: Honorable Andrew J. Guilford |

# Exhibit "A"

(Deed of Trust)

*Camino Cap*

[TITLE CO logo]

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

84.00

2007000415951 08:00am 07/02/07
105 27 D11 27

0.00 0.00 0.00 0.00 78.00 0.00 0.00 0.00

Recording Requested By:
MORTGAGEIT

Return To:
MORTGAGEIT

1350 DEMING WAY, 3RD FLOOR
MIDDLETON, WI 53562
Prepared By:

8880 RIO SAN DIEGO DRIVE #250
SAN DIEGO, CA 92108-

606 CN 4763-HR

123-371-11

—————[Space Above This Line For Recording Data]—————

# DEED OF TRUST

LOAN NO.: 40797911
ESCROW NO.: 041260-DH

MIN  100112065744879913
MERS Phone: 1-888-679-6377

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated   JUNE 27, 2007
together with all Riders to this document.
(B) "Borrower" is
REYNALDO MARQUES AND ANNE MARQUES, HUSBAND AND WIFE AS JOINT TENANTS

Borrower's address is 11791 MONTECITO ROAD, LOS ALAMITOS, CA 90720-
Borrower is the trustor under this Security Instrument.
(C) "Lender" is
MORTGAGEIT, INC

Lender is a CORPORATION
organized and existing under the laws of NEW YORK

Initials: [signature]

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS   Form 3005 1/01
V-6A(CA) (0207).01   Page 1 of 15   LENDER SUPPORT SYSTEMS, INC MERS6ACA.NEW (05/06)

Lender's address is
33 MAIDEN LANE 6TH FLOOR, NEW YORK, NY 10038-

(D) "Trustee" is
CHICAGO TITLE COMPANY

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(F) "Note" means the promissory note signed by Borrower and dated    JUNE 27, 2007
The Note states that Borrower owes Lender
ONE MILLION ONE HUNDRED FIFTY FOUR THOUSAND AND NO/100 X X X X X X X X X X X X X X X X
                                                                                              Dollars
(U.S. $ 1,154,000.00        ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than    JULY 01, 2047
(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(H) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(I) "RIDERS" means all riders to this Security Instrument that are executed by Borrower. The following riders are to be executed by Borrower [check box as applicable]:

[XX] Adjustable Rate Rider      [ ] Condominium Rider            [XX] 1-4 Family Rider
[ ] Graduated Payment Rider    [ ] Planned Unit Development Rider  [ ] Biweekly Payment Rider
[ ] Balloon Rider              [ ] Rate Improvement Rider         [ ] Second Home Rider
[XX] Other(s) [specify] PREPAYMENT RIDER

(J) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.
(K) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments, and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.
(L) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.
(M) "Escrow Items" means those items that are described in Section 3.
(N) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.
(O) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.
(P) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

Initial: [signature]

V-6A(CA) (0207).01                          Page 2 of 15                            Form 3005  1/01

(Q) "RESPA" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(R) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the COUNTY of ORANGE :
[Type of Recording Jurisdiction]        [Name of Recording Jurisdiction]

SEE COMPLETE LEGAL DESCRIPTION DESCRIBED IN EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Parcel ID Number: 123-371-15          which currently has the address of
                    35072 CAMINO CAPISTRANO                    [Street]
          DANA POINT           [City], California    92624    [Zip Code]
("Property Address"):

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances

Initials:
V-6A(CA) (0207).01          Page 3 of 15          Form 3005 1/01

# Exhibit "B"

(NOD and Substitution of Trustee)

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder
12.00
2009000263187 11:11am 05/26/09
104 28 N15 2
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

**RECORDING REQUESTED BY:**

LSI TITLE COMPANY, INC.

**WHEN RECORDED MAIL TO:**
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120

TS No.: GM-181638-C    Loan No.: 0713293290

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE
### IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,

and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $30,888.95 as of 5/22/2009, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
C/O ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
(818) 260-1600 phone

TS NO.: GM-181638-C          LOAN NO.: 0713293290

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

## Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That **Executive Trustee Services, LLC dba ETS Services, LLC** is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 6/27/2007, executed by **REYNALDO MARQUES and ANNE MARQUES, HUSBAND AND WIFE AS JOINT TENANTS**, as Trustor, to secure certain obligations in favor of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR MORTGAGEIT, INC A CORPORATION**, as beneficiary, recorded 7/2/2007, as Instrument No. 2007000415951, in Book , Page , of Official Records in the Office of the Recorder of **Orange** County, California describing land therein as:

AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

including **ONE NOTE FOR THE ORIGINAL** sum of **$1,154,000.00**; that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Installment of Principal and Interest plus impounds and/or advances which became due on 11/1/2008 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable.

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

The undersigned declares that the beneficiary or its authorized agent has declared that they have complied with California Civil Code Section 2923.5 by making contact with the borrower or tried with due diligence to contact the borrower as required by California Civil Code Section 2923.5.

Dated: 5/22/2009

ETS Services, LLC AS AGENT FOR BENEFICIARY

BY: _____

Rosalie Solano
TRUSTEE SALE OFFICER

RECORDING REQUESTED BY:

LSI TITLE COMPANY, INC.

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
(818) 260-1600

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder
9.00
2009000263186 11:11am 05/26/09
104 28 S15 1
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

TS NO : GM-181638-C
LOAN NO : 0713293290

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SUBSTITUTION OF TRUSTEE

**WHEREAS, REYNALDO MARQUES and ANNE MARQUES, HUSBAND AND WIFE AS JOINT TENANTS** was the original Trustor, **CHICAGO TITLE COMPANY** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR MORTGAGEIT, INC A CORPORATION** was the original Beneficiary under that certain Deed of Trust dated 6/27/2007 and recorded on 7/2/2007 as Instrument No. 2007000415951, in Book , Page of Official Records of Orange County, California; and

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW, THEREFORE, the undersigned desires to substitute **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated : 5/22/2009

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

DONNA FILTON, ASSISTANT SECRETARY

State of California} ss.
County of Los Angeles }

On 5/22/2009 before me, Sally Beltran Notary Public, personally appeared Donna Fitton who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Sally Beltran_ (Seal)

SALLY BELTRAN
Commission # 1777085
Notary Public - California
Los Angeles County
My Comm. Expires Oct 30, 2011

# Exhibit "C"

(Debt Validation Notice – from ETS)

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
(818) 260-1600

Date: 6/2/2009

T.S. Number: GM-181638-C
Loan Number: 0713293290

## DEBT VALIDATION NOTICE

1. The enclosed document relates to a debt owed to the current creditor:

   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

   You may send us a written request for the name and address of the original creditor, if different from the
   current creditor, and we will obtain and mail the information to you.

2. As of 5/22/2009 the total delinquency owed was $30,888.95, but this amount will increase until the delinquency has been fully cured.

3. As of 6/2/2009, the amount required to pay the entire debt in full was $1,253,316.69, but this amount will increase daily until the debt has been fully paid.

4. You may dispute the validity of this debt, or any portion thereof, within thirty (30) days after receiving this notice. Otherwise, we will assume that the debt is valid.

5. If you notify us in writing that you dispute all or any portion of this debt within thirty (30) days after receiving this notice, we will obtain and mail to you verification of the debt, or a copy of any judgement against you.

> WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION
> WE OBTAIN WILL BE USED FOR THAT PURPOSE



# Exhibit "D"

(Debt Collection Dispute Letter – From Plaintiff)

**Reynaldo Marques**
11791 Montecito Road, Los Alamitos, CA 90720-4251

July 1, 2009

ETS SERVICES, LLC
2255 North Ontario Street, Suite 400
Burbank, CA 91504

Gentlemen:

RE: **Debt Collection Dispute Letter**
    **Loan Loan # 0713293290; TS # GM-181638-C**

Subject Property: 35072 Camino Capistrano, CA 92624

Gentlemen,

I am here to dispute the above Notice of Default, copy enclosed, because I do not believe I owe what you say I owe.

This is the first time I've heard from you on this matter therefore, in accordance with the Fair Debt Collection Practices Act, Section 809(b): Validating Debts:

(b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.
I respectfully request that you provide me with the following information:
• (1) the amount of the debt;
• (2) the name of the creditor to whom the debt is owed;
• (3) Please produce for my inspection within ten days the unaltered, wet ink - ORIGINAL Promissory Note, which I signed on that, is the subject of the above loan number.
• (4) Proof that you are licensed to collect debts in California.
Be advised that I are fully aware of my rights under the Fair Debt Collection Practices Act and the Fair Credit Reporting Act. For instance, I know that:
• because I have disputed this debt in writing within 30 days of receipt of your dunning notice, you must obtain verification of the debt or a copy of the judgment against me and mail these items to me at your expense;
• you cannot add interest or fees except those allowed by the original contract or

state law.

- you do not have to respond to this dispute but if you do, any attempt to collect this debt without validating it, violates the FDCPA;

Also be advised that I are keeping very accurate records of all correspondence from you and your company including recording all phone calls and I will not hesitate to report violations of the law to my State Attorney General, the Federal Trade Commission and the Better Business Bureau. We have disputed this debt; therefore, until validated you know your information concerning this debt is inaccurate. Thus, if you have already reported this debt to any credit-reporting agency (CRA) or Credit Bureau (CB) then, you must immediately inform them of my dispute with this debt. Reporting information that you know to be inaccurate or failing to report information correctly violates the Fair Credit Reporting Act § 1681s-2.

Should you pursue a judgment without validating this debt, I will inform the judge and request the case be dismissed based on your failure to comply with the FDCPA. Finally, if you do not own this debt, I demand that you immediately send a copy of this dispute letter to the original creditor so they are also aware of my dispute with this debt.

Sincerely,

Reynaldo Marques

# Exhibit "E"

(Trustee's Deed Upon Sale)

Recorded In Official Records, Orange County
Tom Daly, Clerk-Recorder

RECORDING REQUESTED BY:
Executive Trustee Services, LLC dba ETS Services, LLC                 9.00

AND WHEN RECORDED MAIL TO:                2010000030579 01:29pm 01/21/10
GMAC MORTGAGE, LLC FKA                    93 401 T09 2
GMAC MORTGAGE CORPORATION                 0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00
1100 VIRGINIA DRIVE
FORT WASHINGTON, PA 19034

**Forward Tax Statements to**     "This instrument is being recorded as an
**the address given above**       ACCOMMODATION ONLY, without
                                  Representation as to its effect upon title"

SPACE ABOVE LINE FOR RECORDER'S USE

TS # GM-181638-C
LOAN # 0713293290          INVESTOR #: 0000000000000
TITLE ORDER # 090358815-CA-MSI

# TRUSTEE'S DEED UPON SALE

APN 123-371-15        TRANSFER TAX: $00.00
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein Was The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $1,298,750.07
The Amount Paid By The Grantee Was $1,080,000.00
Said Property Is In The City Of DANA POINT, County of Orange

Executive Trustee Services, LLC dba ETS Services, LLC, as Trustee, (whereas so designated in the Deed of Trust hereunder
more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

## GMAC MORTGAGE, LLC FKA
## GMAC MORTGAGE CORPORATION

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Orange**, State of California, described as follows:

LOT 15 IN BLOCK 4 OF TRACT NO. 883 OF CAPISTRANO BEACH, IN THE CITY OF DANA POINT, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 27, PAGES 1 TO 10 INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by REYNALDO MARQUES and ANNE MARQUES, HUSBAND AND WIFE AS JOINT TENANTS as Trustor, dated 6/27/2007 of the Official Records in the office of the Recorder of **Orange**, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 7/2/2007, instrument number 2007000415951 (or Book , Page )
of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

[Page 1 of 2]

## TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# GM-181638-C
Loan # 0713293290
Title Order # 090358815-CA-MSI

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 1/14/2010. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being **$1,080,000.00**, in lawful money of the United States, in pro per, receipt there of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, has this day, caused its name
to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 1/14/2010

**Executive Trustee Services, LLC dba ETS Services, LLC**

By: _Kathleen Gowen_
Kathleen Gowen, Limited Signing Officer

State of California       ) S.S.
County of Los Angeles  )
On 1/16/2010  before me, **Eliza Michelle Meza**  Notary Public, personally appeared **Kathleen Gowen** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Eliza Michelle Meza

ELIZA MICHELLE MEZA
Commission # 1674327
Notary Public - California
Los Angeles County
My Comm. Expires Jun 12, 2010

[Page 2 of 2]