JS-6/ "O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-1154 AG (ANx) | Date | April 27, 2010 |
|---|---|---|---|
| Title | REYNALDO MARQUES, et al. v. MORTGAGEIT, INC., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:**      **[IN CHAMBERS] ORDER REMANDING CASE**

Plaintiffs filed the original complaint in this case in state court, asserting both state and federal causes of action. Defendants removed the case to federal court under federal question jurisdiction, and then filed motions to dismiss. The Court granted the motions and gave Plaintiffs leave to file an amended complaint.

Plaintiffs filed an amended complaint asserting only state claims. Because no federal claims remain, the Court ordered Defendants to show cause by April 26, 2010 why the case should not be remanded to state court. Defendants submitted statements of non-opposition, stating that they do not oppose remand of this case to state court.

Because no federal claims remain, the Court REMANDS this case to California Superior Court. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 357 ("[A] district court has discretion to remand to state court a removed case involving pendent claims upon a proper determination that retaining jurisdiction over the case would be inappropriate.").

JS-6/ "O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-1154 AG (ANx) | Date | April 27, 2010 |
|---|---|---|---|
| Title | REYNALDO MARQUES, et al. v. MORTGAGEIT, INC., et al. | | |

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |